```
LATONYA RENAE MCGEE        CWS/CW NEXUS               UMMC
4509 PARISIAN DR           ATTN: BANKRUPTCY           P.O. BOX 3488
JACKSON, MS 39206          PO BOX 9201                DEPT 05-077
                           OLD BETHPAGE, NY 11804     TUPELO, MS 38803


THOMAS C. ROLLINS, JR.     FST PREMIER
THE ROLLINS LAW FIRM, PLLC ATTN: BANKRUPTCY
P.O. BOX 13767             601 S MINNESOTA AVE
JACKSON, MS 39236          SIOUX FALLS, SD 57104


AFFIRM, INC.               LVNV FUNDING LLC
ATTN: BANKRUPTCY           RESURGENT CAPITAL
650 CALIFORNIA ST          PO BOX 1269
FL 12                      GREENVILLE, SC 29602
SAN FRANCISCO, CA 94108


BENDER DENTAL ASSOC        MISSION LANE/WEBBANK
4550 MANHATTAN RD          PO BOX 105286
JACKSON, MS 39206          ATLANTA, GA 30348



CAPITAL ONE                MOHELA/NAVIENT
ATTN: BANKRUPTCY           ATTN: BANKRUPTCY
PO BOX 30285               633 SPIRIT DRIVE
SALT LAKE CITY, UT 84130   CHESTERFIELD, MO 63005



CARL BOYKIN, DDS           MS DERMATOLOGY ASSOC.
4793 MCWILLIE DR           1006 TREETOPS BLVD
JACKSON, MS 39206          STE 101
                           FLOWOOD, MS 39232



CHIMEFINAL                 NATHAN & NATHAN PC
ATTN: BANKRUPTCY           P.O. BOX 1715
PO BOX 417                 BIRMINGHAM, AL 35201
SAN FRANCISCO, CA 94104



COMENITYCAPITAL/ROSS       PLUSFINANCE/CWS
ATTN: BANKRUPTCY           ATTN: BANKRUPTCY
PO BOX 182125              P.O.BOX 9203
COLUMBUS, OH 43218         OLD BETHPAGE, NY 11804



CREDIT ONE BANK            STANDARD MORTGAGE CORP
ATTN: BANKRUPTCY           701 POYDRAS ST
6801 CIMARRON RD           NEW ORLEANS, LA 70139
LAS VEGAS, NV 89113
```