**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**
**05/01/2026**

IN RE:                                                                    CASE NUMBER:  26-00718-JAW

    **MCGEE, LATONYA RENAE**

APPEARANCES:
( ☑ ) DEBTOR 1                                          ( ) DEBTOR 2 (Wife in Joint Cases)
    (☑) Required picture I.D. produced                 ( ) Required picture I.D. produced
    (☑) Required SSN verification produced             ( ) Required SSN verification produced
    (☑) Pay advices received                           ( ) Pay advices received

Credit counseling certificate (☑) filed ( ) not filed.
Tax returns received for ___*2023, 2024*___ (years) on ___*03/24/2026*___ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(☑) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(☑) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF _____, 20___ AT
_____ O'CLOCK ___.M.

(☑) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____
_____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____
_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____
_____
_____
_____
_____

DATED: 05/01/2026

_____
STEPHEN SMITH, TRUSTEE

Track # ___*017*___ or Tape # _____, Side _____ Counter Start# _____