**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Latonya Renae McGee |
| | First Name          Middle Name          Last Name |
| Debtor 2 (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Southern District of Mississippi

Case number (If known)  26-00718

## Official Form 427

# Cover Sheet for Reaffirmation Agreement

12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

| Part 1: | Explain the Repayment Terms of the Reaffirmation Agreement |
|---|---|

**1. Who is the creditor?**

Standard Mortgage Corporation
Name of the creditor

**2. How much is the debt?**

On the date that the bankruptcy case is filed   $ 165,092.66  As of 03/13/26

To be paid under the reaffirmation agreement  $ 165,092.66  As of 03/13/26

$ 1111.14 per month for 360 months (if fixed interest rate) with 335 months remaining at petition

Note:  Total payment of $1,593.07 includes an escrow deposit, subject to annual adjustments.

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**

Before the bankruptcy case was filed ___ 6.89 %

Under the reaffirmation agreement ___ 6.89 %  ☑ Fixed rate   ☐ Adjustable rate

**4. Does collateral secure the debt?**

☐ No
☑ Yes.  Describe the collateral.  4509 Parisian Drive, Jackson, MS 39206

Current market value   $ ___

**5. Does the creditor assert that the debt is nondischargeable?**

☑ No
☐ Yes.  Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

Income and expenses reported on Schedules I and J

6a. Combined monthly income from line 12 of Schedule I   $ 3,508.06

6b. Monthly expenses from line 22c of Schedule J   $ 3,507.93

6c. Monthly payments on all reaffirmed debts not listed on Schedule J   − $ 0.00

6d. **Scheduled net monthly income**   $ 0.13

Subtract lines 6b and 6c from 6a.

If the total is less than 0, put the number in brackets.

Income and expenses stated on the reaffirmation agreement

6e. Monthly income from all sources after payroll deductions   $ 3,508.06

6f. Monthly expenses   − $ 3,507.93

6g. Monthly payments on all reaffirmed debts not included in monthly expenses   − $ 0.00

6h. **Present net monthly income**   $ 0.13

Subtract lines 6f and 6g from 6e.

If the total is less than 0, put the number in brackets.

Debtor 1 <u>Melanie Charmaine Cornelius</u>
    First Name    Middle Name    Last Name

Case number (if known) <u>26-00718</u>

---

**7. Are the income amounts on lines 6a and 6e different?**

☒ No

☐ Yes. Explain why they are different and complete line 10._____

_____

---

**8. Are the expense amounts on lines 6b and 6f different?**

☒ No

☐ Yes. Explain why they are different and complete line 10._____

_____

---

**9. Is the net monthly income in line 6h less than 0?**

☒ No

☐ Yes. A presumption of hardship arises (unless the creditor is a credit union).
Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10.

_____

_____

---

**10. Debtor's certification about lines 7-9**

If any answer on lines 7-9 is *Yes*, the debtor must sign here.

If all the answers on lines 7-9 are *No*, go to line 11.

I certify that each explanation on lines 7-9 is true and correct.

✗ _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2 (Spouse Only in a Joint Case)

---

**11. Did an attorney represent the debtor in negotiating the reaffirmation agreement?**

☐ No

☒ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?

☐ No

☒ Yes

---

**Part 2:  Sign Here**

Whoever fills out this form must sign here.

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this *Cover Sheet for Reaffirmation Agreement.*

✗   /s/ Thomas C. Rollins, Jr._____
Signature

Date 05/12/2026
MM / DD / YYYY

Thomas C. Rollins, Jr._____
Printed Name

Check one:

☒ Debtor or Debtor's Attorney

☐ Creditor or Creditor's Attorney

---

Official Form 427        **Cover Sheet for Reaffirmation Agreement**        page 2