United States Bankruptcy Court

Southern District of Mississippi

In re:

Latonya Renae McGee

     Debtor

Case No. 26-00718-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: 318 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latonya Renae McGee, 4509 Parisian Dr, Jackson, MS 39206-5928 |
| 5637471 | + | Carl Boykin, DDS, 4793 McWillie Dr, Jackson, MS 39206-5629 |
| 5637480 | + | MS Dermatology Assoc., 1006 Treetops Blvd, Ste 101, Flowood, MS 39232-7645 |
| 5637483 | + | Standard Mortgage Corp, 701 Poydras St, New Orleans, LA 70139-0300 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5637468 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 01 2026 19:59:45 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5637470 | + | EDI: CAPITALONE.COM | Jul 01 2026 23:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5637472 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 01 2026 19:53:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5637473 | + | EDI: WFNNB.COM | Jul 01 2026 23:47:00 | Comenitycapital/ross, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5637474 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 01 2026 19:59:46 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5637475 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2026 19:59:45 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5637476 | + | EDI: AMINFOFP.COM | Jul 01 2026 23:47:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5637477 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 19:59:53 | LVNV Funding LLC, Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 5637478 | + | Email/Text: ml-ebn@missionlane.com | Jul 01 2026 19:53:00 | Mission Lane/webbank, Po Box 105286, Atlanta, GA 30348-5286 |
| 5637479 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 01 2026 19:59:52 | Mohela/Navient, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5637481 | | Email/Text: bankruptcy@nathan-nathan.com | Jul 01 2026 19:53:00 | Nathan & Nathan PC, P.O. Box 1715, Birmingham, AL 35201 |
| 5637482 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2026 19:59:45 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 5637484 | + | Email/Text: Bankruptcies@umc.edu | Jul 01 2026 19:54:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |

TOTAL: 13

District/off: 0538-3        User: admin        Page 2 of 2

Date Rcvd: Jul 01, 2026        Form ID: 318        Total Noticed: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5637469 | ##+ | Bender Dental Assoc, 4550 Manhattan Rd, Jackson, MS 39206-6022 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Latonya Renae McGee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Latonya Renae McGee** | Social Security number or ITIN   **xxx–xx–1961** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **26–00718–JAW** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Latonya Renae McGee**

Dated: 7/1/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**